CLOSED,MDL,TRANSFERRED

# U.S. District Court
## District of North Dakota (Western)
## CIVIL DOCKET FOR CASE #: 1:19–cv–00122–DLH–CRH

| | |
|---|---|
| Mercer County v. Purdue Pharma L.P. et al | Date Filed: 06/14/2019 |
| Assigned to: Chief Judge Daniel L. Hovland | Date Terminated: 07/10/2019 |
| Referred to: Magistrate Judge Clare R. Hochhalter | Jury Demand: Plaintiff |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Diversity |

**Plaintiff**

**Mercer County**     represented by     **McLain J. Schneider**
Schneider, Schneider & Schneider
815 3rd Ave. S.
Fargo, ND 58103
701–235–4481
Email: mac@schneiderlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma Inc.**

**Defendant**

**The Purdue Frederick Company**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**

**Defendant**

**Teva Pharmaceutical Industries Ltd.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho–McNeil–Janssen Pharmaceuticals, Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Janssen Pharmaceutica, Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Endo Health Solutions Inc.**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Qualitest Pharmaceutical Inc.**

**Defendant**

**Abbvie Inc.**

**Defendant**

**Knoll Pharmaceutical Company**

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLC.

**Defendant**

**Allergan Finance LLC**
*formerly known as*
Actavis Inc.
*formerly known as*
Watson Pharmaceuticals, Inc.

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**Actavis LLC**

**Defendant**

**Actavis Pharma, Inc.**
*formerly known as*
Watson Pharma, Inc.

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt, LLC**

**Defendant**

**Mallinckrodt Brand Pharmaceuticals**

**Defendant**

**Covidien PLC**

**Defendant**

**SpecGx LLC**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**AmerisourceBergen Corporation**

**Defendant**

**Walgreens Boot Alliance, Inc.**
*doing business as*
Walgreen Co.

**Defendant**

**Wal–Mart Stores, Inc.**

**Defendant**

**CVS Health**

**Defendant**

**Rite Aid Corporation**

**Defendant**

**Kroger Company, The**

**Defendant**

**Does 1–100**
*Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2019 | 1 | COMPLAINT against Abbvie Inc., Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Allergan PLC, AmerisourceBergen Corporation, CVS Health, Cardinal Health, Inc., Cephalon, Inc., Covidien PLC, Does 1–100, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Knoll Pharmaceutical Company, Kroger Company, The, Mallinckrodt Brand Pharmaceuticals, Mallinckrodt PLC, Mallinckrodt, LLC, McKesson Corporation, Ortho–McNeil–Janssen Pharmaceuticals, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Qualitest Pharmaceutical Inc., Rite Aid Corporation, SpecGx LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Wal–Mart Stores, Inc., Walgreens Boot Alliance, Inc., Watson Laboratories, Inc. (Filing fee $400, receipt number 319000360) filed by Mercer County. (Attachments: # 1 Civil Cover Sheet)(am) (Entered: 06/14/2019) |
| 06/14/2019 | 2 | Summons Issued as to Abbvie Inc., Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Allergan PLC, AmerisourceBergen Corporation, CVS Health, Cardinal Health, Inc., Cephalon, Inc., Covidien PLC, Does 1–100, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Knoll Pharmaceutical Company, Kroger Company, The, Mallinckrodt Brand Pharmaceuticals, Mallinckrodt PLC, Mallinckrodt, LLC, McKesson Corporation, Ortho–McNeil–Janssen Pharmaceuticals, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Qualitest Pharmaceutical Inc., Rite Aid Corporation, SpecGx LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Wal–Mart Stores, Inc., Walgreens Boot Alliance, Inc., Watson Laboratories, Inc.. (am) (Entered: 06/14/2019) |
| 07/10/2019 | 3 | CONDITIONAL TRANSFER ORDER (CTO–100) (certified copy) transferring case to Northern District of Ohio to be included in MDL Docket No. 2804. Case transferred via ECF extract civil case feature.(rh) (Entered: 07/10/2019) |